MACK W. BEEKS v. RALPH B. LEONARD and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WINFIELD R. SHEEHAN v. WILLIAM FOX.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOE LEVY & SON, INC., and Another, v. ROBERT JACOBSON and Another, Impleaded, etc.— Motion granted and stay continued pending the trial of the action. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ABRAHAM J. SPRINGER, an Attorney at Law of the State of New York, etc., to Fix His Attorney's Fee in Matters Relating to JACOB RATNER.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER G. HALL v. JULES S. BACHE and Others.— Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Election of Trustees of the RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.— Motion granted and stay continued until the decision of the motion at Special Term under the order of this court handed down herewith. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL D. MESCH v. EDWARD A. MESCH.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENIA B. MCCREERY v. EARL WILLIAM MCCREERY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN CRIBARI and Others, Respondents, v. INVESTORS BANKSTOCKS CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, for the reasons stated in the opinion of McAvoy, J., in Goldstein v. Langenieux [ante, p. ——], handed down herewith. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TECLA PEARLS, INC., and Another, Appellants, Respondents, v. SALON TECLA, LTD., Respondent, Appellant.— Order affirmed, without costs. The remedy of defendant to recover its expenses on the reference is to sue the surety on the bond for the sum fixed as damages by the referee and also for such expenses of the reference. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Application of GRETEL HIRSCHHORN, Voter, for an Order to Strike from the Register of Voters of the Ninth Election District of the Twelfth Assembly District of the First Judicial District, New York County, the Names of THOMAS AHEARN and Others, Unlawfully Thereon, Pursuant to Section 331 of the Election Law.▮— Order so far as appealed from reversed, and the seventy-seven names whose exclusion is asked by the Deputy Attorney-General are directed to be stricken from the list. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.